(86 South 69)

## LILIENTHAL MERCANTILE CO. v. BRES-LIN. (2 Div. 715.)

(Supreme Court of Alabama. April 24, 1920. Rehearing Denied June 30; 1920.)

Appeal from Circuit Court, Dallas County; B. M. Miller, Judge.

Proceeding between the Lilienthal Mercantile Company and Jud Breslin. From the judgment, the former appeals. Affirmed.

George H. Craig, of Selma, J. Q. Smith, Atty. Gen., and Lawrence E. Brown and Henry P. White, Asst. Attys. Gen., for appellant.

Hugh Mallory, of Selma, R. B. Evins, of Greensboro, and Ray Rushton, J. J. Mayfield, and H. F. Crenshaw, all of Montgomery, for appellee.

PER CURIAM. Affirmed, on the authority of Eliasberg Bros. Mercantile Co. v. W. C. Grimes, ante, p. 492, 86 South. 56.

(86 South. 70)

## UNION IRON WORKS CO. v. BENNISH & MEYER. (2 Div. 714.)

(Supreme Court of Alabama. April 24, 1920. Rehearing Denied June 30, 1920.)

Appeal from Circuit Court, Dallas County; B. M. Miller, Judge.

Proceeding between the Union Iron Works Company and Bennish & Meyer. From the judgment, the former appeals. Affirmed.

Keith & Wilkinson, of Selma, J. Q. Smith, Atty. Gen., and Lawrence E. Brown and Henry P. White, Asst. Attys. Gen., for appellant.

Hugh Mallory, of Selma, R. B. Evins, of Greensboro, and Ray Rushton, J. J. Mayfield, and H. F. Crenshaw, all of Montgomery, for appellee.

PER CURIAM. Affirmed, on the authority of Eliasberg Bros. Mercantile Co. v. W. C. Grimes, ante, p. 492, 86 South. 56.

(86 South. 70)

## LIEPOLD BROS. v. ULLMAN. (2 Div. 713.)

(Supreme Court of Alabama. April 24, 1920. Rehearing Denied June 30, 1920.)

Appeal from Circuit Court, Dallas County; B. M. Miller, Judge.

Proceeding between Liepold Bros. and Helen V. Ullman. From the judgment, the former appeal. Affirmed.

George H. Craig, of Selma, J. Q. Smith, Atty. Gen., and Lawrence E. Brown and Henry P. White, Asst. Attys. Gen., for appellants.

Hugh Mallory, of Selma, R. B. Evins, of Greensboro, and Ray Rushton, J. J. Mayfield,

and H. F. Crenshaw, all of Montgomery, for appellee.

PER CURIAM. Affirmed, on the authority of Eliasberg Bros. Mercantile Co. v. W. C. Grimes, ante, p. 492, 86 South. 56.